THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIVERA, Appellant. [767 NYS2d 880]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered January 2, 2002, convicting him of unauthorized use of a vehicle in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court providently exercised its discretion in its *Sandoval* ruling (*see People v Sandoval,* 34 NY2d 371 [1974]). A defendant is not shielded from cross-examination merely because he or she specializes in one particular form of criminal conduct (*see People v Hayes,* 97 NY2d 203, 208 [2002]; *People v Pavao,* 59 NY2d 282, 292 [1983]; *People v Carrion,* 265 AD2d 564, 565 [1999]). In addition, the age of some of the defendant's prior convictions did not, by itself, mandate preclusion (*see People v Walker,* 83 NY2d 455, 459 [1994]; *People v Patterson,* 88 AD2d 694 [1982], *affd* 59 NY2d 794 [1983]; *People v Simmons,* 213 AD2d 433, 434 [1995]; *People v Scott,* 118 AD2d 881 [1986]).

The defendant's contention that his sentencing as a persistent felony offender violated his constitutional rights to notice and a jury trial pursuant to *Apprendi v New Jersey* (530 US 466 [2000]) is without merit (*see People v Rosen,* 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]). Santucci, J.P., Krausman, Cozier and Mastro, JJ., concur.